[No. 12442–4–II.  Division Two.  March 19, 1990.]

KITSAP COUNTY, *Appellant,* v. JACK CHAMBERLIN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 86–2–01648–3, James K. Sells, J. Pro Tem., entered November 4, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.